NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALBEMARLE CORPORATION & SUBSIDIARIES, NINGXIA HUAHUI ACTIVATED CARBON COMPANY LIMITED,**
*Plaintiffs - Appellants*

v.

**SHANXI DMD CORPORATION, BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD., CHERISHMET INC., NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD.,**
*Plaintiffs - Appellees*

v.

**UNITED STATES, CALGON CARBON CORPORATION, NORIT AMERICAS, INC.,**
*Defendant - Cross-Appellant*

v.

**CALGON CARBON (TIANJIN) CORPORATION LIMTED,**
*Defendant - Appellee*

———————————————

15-1288

———————————————

Appeal from the United States Court of International Trade in case no. 1:11-cv-00451-TCS Chief Judge Timothy C. Stanceu

———————————————

ON MOTION

O R D E R

Upon consideration of the appellant, Albemarle Corporation & Subsidiaries, and Ningxia Huahui Activated Carbon Company Limited's unopposed motion to extend time to file appellant principal brief until April 27, 2015,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

March 17, 2015            /s/ Daniel E. O'Toole
                          Daniel E. O'Toole
                          Clerk of Court

cc: Jill A. Cramer
Jeffrey S. Grimson
David A. Hartquist
John M. Herrmann
Craig Anderson Lewis
Robert Alan Luberda
Gregory S. Menegaz
Kavita Mohan
Kristin Heim Mowry
Mark Pardo
Francis J. Sailer
Andrew Thomas Schutz
Devin S. Sikes
Antonia Ramos Soares
Daniel Robert Wilson
Sarah M. Wyss