NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALBEMARLE CORPORATION & SUBSIDIARIES, NINGXIA HUAHUI ACTIVATED CARBON COMPANY LIMITED,**
*Plaintiffs-Appellants*

**v.**

**SHANXI DMD CORPORATION, BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD., CHERISHMET INC., NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD.,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES, CALGON CARBON CORPORATION, NORIT AMERICAS, INC.,**
*Defendant-Cross-Appellant*

**v.**

**CALGON CARBON (TIANJIN) CORPORATION LIMTED,**
*Defendant-Appellee*

---

2015-1288, -1289, -1290

---

Appeals from the United States Court of International Trade in No. 1:11-cv-00451-TCS, Chief Judge Timothy C. Stanceu.

## ON MOTION

### O R D E R

The United States moves for an extension of time, until April 27, 2015, to submit its opening brief.

The court notes that the appellants have not yet filed their brief, which is due April 27, 2015. The United States' brief would be due thereafter. If the United States wishes to file its brief earlier than the due date required by the rules, it may do so, but it appears that the United States' motion is premature at this time.

Accordingly,

IT IS ORDERED THAT:

The motion is denied as moot. The United States should calculate the due date for its brief from the date of filing of the appellants' opening brief.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25